# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUCAS, | Case No.  14-CV-1958-BTM-DHB |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| HOOTERS OF AMERICA, LLC, | |
| Defendant. | |

On March 25, 2015, the Court ordered Plaintiff to show cause why the matter should not be dismissed for failure to file a notice of substitution of counsel, which Plaintiff had been ordered to complete within 60 days of December 29, 2014. Plaintiff's response to the Order to Show Cause was due on April 10, 2015.  To date, Plaintiff has not responded.

Therefore, the action is DISMISSED without prejudice.  The clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Date: April 27, 2015

_____
Barry Ted Moskowitz, Chief Judge
United States District Judge